UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
2008 MAY 20 P 4:55

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CRIMINAL NO. 08mj 1427 |
| Plaintiff  ) | |
|  ) | ORDER |
| vs.  ) | |
|  ) | RELEASING MATERIAL WITNESS |
| Juan Moreno-Mesa  ) | |
|  ) | Booking No. |
| Defendant(s)  ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

JOSE De Jesus Alvarado Hernandez

MW - NOT ARRAIGNED
FORWARDED TO ICE
RETURNED TO CLERKS

DATED: 5/20/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____ Deputy Clerk

U.S. MARSHAL'S OFFICE
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082