UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA
2008 MAY 20  P 4: 55

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Juan Moreno-Mesa<br><br>Defendant(s) | CRIMINAL NO. 08mj1427<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court))

Gilberto Mercado-Torres

MW - NOT ARRAIGNED.
FORWARDED TO ICE
RETURNED TO CLERKS

DATED: 5/20/08

**LOUISA S. PORTER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk