UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> *Juan Moreno-Mesa* ) <br> Defendant(s) ) | CRIMINAL NO. 08CR1607-H <br> 08MJ1427 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. #08574298 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

*Gilberto Mercado-Jones*

DATED: 6/2/08 (NPT-5/20/08)

ANTHONY J. BATTAGLIA
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____ Y. MADUENO
         Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082